1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBERT LUTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STAN SNIFF, et al.,<br><br>　　　　Defendants. | Case No. 5:17-cv-01722-DSF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, records on file, and the July 7, 2022 Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//

IT IS THEREFORE ORDERED that defendant's Motion Requesting Dismissal Sanctions (docket no. 102) is granted, and Judgment will be entered dismissing the Third Amended Complaint and this action with prejudice.

DATED: September 1, 2022

*Dale S. Fischer*
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE