JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBERT LUTE,<br><br>  Plaintiff,<br><br>  v.<br><br>STAN SNIFF, et al.,<br><br>  Defendants. | Case No. 5:17-cv-01722-DSF (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Third Amended Complaint and this action are dismissed with prejudice.

Dated:  September 1, 2022

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE